# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE:_____   DAY:_____   START TIME:_____   END TIME:_____

JUDGE/MAG.:_____   CLERK:_____   REPORTER:_____

PROBATION OFFICER:_____   INTERPRETER:_____   SWORN: YES   NO

CASE NUMBER:_____   CASE NAME: USA v. _____

**APPEARANCES:**

ASST. U.S. ATTY.:_____   DEFENDANT ATTY.:_____

  _____                        _____

                                             DEFENDANT PRESENT: YES       NO

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) _____; _____ YR(S) IMPRISONMENT; $_____ FINE;

_____ YEAR(S) SUPERVISED RELEASE;   $_____ SPECIAL ASSESSMENT;   RESTITUTION.

DEFENDANT AGE:_____   INDICTMENT/INFORMATION READ   DEFENDANT WAIVES READING

**PLEA:**

    GUILTY            DEFENDANT SWORN

    NOT GUILTY       PLEA ACCEPTED AS KNOWING AND VOLUNTARY

    NO CONTEST      DEFT. ADJUDGED GUILTY BY COURT

    MUTE

**TRIAL SCHEDULE:**

    JURY SEL./TRIAL: _____   TRIAL ESTIMATE:_____ DAYS

    PTMH/EVID. HRG.: _____   MOTIONS DUE:_____

    FPTC:   _____   FPTC SUBMISSIONS:_____

    FINAL HEARING:   _____

**SENTENCING SCHEDULE:**

    PRESENTENCE REPORT DUE:_____   OBJECTIONS DUE:_____

    SENTENCING :_____ at _____

**RELEASE/DETENTION:**

    ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.

    DEFENDANT DETAINED PENDING TRIAL/SENTENCING.

    DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING:_____

**NOTES:**

_____

_____

_____

TOTAL COURT TIME:_____